IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHEN DIVISION

SHERRY D. HICKS                                                              PLAINTIFF

VS.                    Civil Case No. 1:06CV00067 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration
DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the Commissioner's decision is reversed, and this case is remanded for further proceedings consistent with the opinion.

SO ADJUDGED this 19th day of March, 2008.


*Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE